# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:

Michael Scarber,

                Debtor(s).

_____/

CHAPTER 13
CASE NO. 19-42952
JUDGE Mark A. Randon

## ORDER DISMISSING CHAPTER 13 CASE

The Debtor having given Notice of Dismissal of his Chapter 13 case, and this Court being otherwise fully advised of the premises:

IT IS ORDERED that the Debtor's Chapter 13 case is hereby dismissed.

**Signed on November 20, 2019**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge